**Order entered April 27, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00439-CV

**JOHN PANIAGUA, ET AL., Appellants**

**V.**

**WEEKLEY HOMES, LLC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02097**

### ORDER

Before the Court is appellants' unopposed motion for extension of time to file their reply brief. We **GRANT** the motion and **ORDER** the reply brief received April 21, 2020 filed as of the date of this order.

/s/ ERIN A. NOWELL
JUSTICE